ORIGINAL

FILED
U.S. DISTRICT COURT
2009 JAN -6 A 10: 13
CLERK B. McCarthy

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| RYAN PATRICK SNOW, | ) | |
| Plaintiff, | ) | |
| v. | ) | CV 308-065 |
| BILLY BROWN, et al., | ) | |
| Defendants. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED** for failure to exhaust administrative remedies, and this civil action is **CLOSED**.

SO ORDERED this 6th day of Jan, 2009, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE